

# IN THE
# TENTH COURT OF APPEALS

No. 10-11-00428-CR

**TIMOTHY CRAIG MARTIN,**

Appellant

 v.

**THE STATE OF TEXAS,**

Appellee

From the 249th District Court
Johnson County, Texas
Trial Court No. F43795

## MEMORANDUM  OPINION

Timothy Craig Martin filed a notice of appeal for his conviction for criminal mischief.  On December 19, 2011, the trial court held a hearing on Martin's waiver of his right to appeal.  Martin stated on the record that he waived his right to appeal Cause No. 10-11-00428-CR.  The record shows that the trial court granted Martin's motion for new trial.  Martin further stated that because of the trial court's decision to grant his motion for new trial, he wished to dismiss his appeal.

On May 2, 2012, Martin's counsel filed a motion to dismiss the appeal. *See* TEX. R. APP. P. 42.2(a). Martin did not sign the motion to dismiss as contemplated by Rule 42.2. Martin stated on the record his desire to dismiss the appeal. His clear indication of his desire to abandon the appeal provides a sufficient basis for this Court to dismiss the appeal. *See Hendrix v. State*, 86 S.W.3d 762 (Tex. App.—Waco 2002, no pet.).

The motion is granted, and the appeal is dismissed.


AL SCOGGINS
Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Motion granted; appeal dismissed
Opinion delivered and filed May 9, 2012
[CR25]